# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA, PHILADELPHIA DIVISION

In re JOSEPH YENFER                                    Case No. 10-30287-MDC

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| eCAST Settlement Corporation | FIA Card Services aka Bank of America |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

    eCAST Settlement Corporation
    POB 29262
    New York, NY 10087-9262

Court Claim # (if known):    2

Amount of Claim:    $6,614.45

Date Claim Filed:    12/15/2010

Phone: 610-644-7800

Phone: 800-671-2115

Last Four Digits of Acct #:    5999

Last Four Digits of Acct #:    5999

Last Four of Alternate Acct #:    4197

Last Four of Alternate Acct #:    4197

Name and Address where transferee payments should be sent (if different from above):

Phone:

Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:    /s/ ALANE A. BECKET                    Date:    01/31/2011

    Alane A. Becket, Esquire, PA65451
    Becket & Lee LLP, Attorneys/Agent for Creditor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

BAC10201

